

ORIGINAL

FILED IN CHAMBERS
U.S.D.C. - Atlanta

MAY 2 3 2018

James N. Hatten, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW COX | Criminal Indictment<br><br>No. 1:18CR0182<br><br>**UNDER SEAL** |

THE GRAND JURY CHARGES THAT:

**Count One**

Beginning on a date unknown and continuing through the date of this indictment, in the Northern District of Georgia and elsewhere, the defendant, MATTHEW COX, did knowingly and intentionally combine, conspire, confederate and agree with co-conspirators known and unknown to the Grand Jury, to knowingly and intentionally import into the United States from a place outside thereof a controlled substance, said conspiracy involving a mixture and substance containing a detectable amount of 3, 4- Methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance in violation of Title 21, United States Code Sections 963, 952 and 960(a)(1) & (b)(3).

**Count Two**

On or about August 10, 2017, in the Northern District of Georgia, the defendant, MATTHEW COX, knowingly and intentionally distributed a controlled substance, said act involving a mixture and substance containing a detectable amount of 3, 4-Methylenedioxymethamphetamine (MDMA), a

Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### Count Three

On or about November 17, 2017, in the Northern District of Georgia, the defendant, MATTHEW COX, knowingly and intentionally attempted to possess with intent to distribute a controlled substance, said act involving a mixture and substance containing a detectable amount of 3, 4-Methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846.

### Count Four

From at least on or about November 28, 2017 to on or about December 2, 2017, in the Northern District of Georgia, the defendant, MATTHEW COX, knowingly and intentionally attempted to possess with intent to distribute a controlled substance, said act involving a mixture and substance containing a detectable amount of 3, 4-Methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846.

### Forfeiture Provision

Upon conviction of one or more of the offenses alleged in Counts One through Four this indictment, the defendant, MATTHEW COX, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations and any property used, or intended to be used, in

any manner or part, to commit, or to facilitate the commission of, said violations, including, but not limited to, the following:

    (a) MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of each offense for which the defendant is convicted.

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be subdivided without difficulty;

A __/s/ True__ BILL

__/s/ [signature]__
FOREPERSON

BYUNG J. PAK
  *United States Attorney*

__/s/ [signature]__
ALISON B. PROUT
  *Assistant United States Attorney*
Georgia Bar No. 141666

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181