U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2018R00175)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

**COUNTY NAME:** Fulton

**DISTRICT COURT NO.** 1:18CR0182
**UNDER SEAL**

**MAGISTRATE CASE NO.**

| | | |
|---|---|---|
| X Indictment<br>DATE: May 23, 2018 | Information<br>DATE: | Magistrate's Complaint<br>DATE: |

**UNITED STATES OF AMERICA**
**vs.**
**MATTHEW COX**

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony Misdemeanor

**Defendant Information:**

**Is the defendant in custody?** X Yes No
**Is the defendant in custody on this charge or other conviction?** On this charge
**Is the defendant awaiting trial on other charges?** Yes X No
**Other charges:**
**Name of institution:**

**Will the defendant require an interpreter?** Yes X No

District Judge: William S. Duffey Jr.

Attorney: Alison B. Prout
Defense Attorney: