U.S. Department of Justice
United States Attorney

**FILED IN CHAMBERS**
**U.S.D.C. - Atlanta**

MAY 23 2018

James N. Hatten, Clerk
By: _____

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Indictment/Information |
| v. | 1:18CR0182 |
| Matthew Cox | UNDER SEAL |
| **Agent to Arrest** | |

# PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter, in the above-stated case.

Alison B. Prout
Assistant United States Attorney

Filed In Clerk's Office, this _____ day of _____, 20 ____.

_____
Clerk

By _____
Deputy Clerk

**ISSUED AND DELIVERED TO U.S. MARSHALL** 5/24/2018
BY: _____ DEPUTY CLERK

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94