U.S. Department of Justice
United States Attorney

FILED IN CHAMBERS
U.S.D.C. Atlanta

JUN 6 2018

JAMES N. HATTEN, Clerk
By: [signature]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Matthew Cox

**Agent to Arrest**

Indictment/Information

1:18-cr-182

UNDER SEAL

# PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter, in the above-stated case.

Alison B. Prout
Assistant United States Attorney

Filed In Clerk's Office, this _____ day of _____, 20 ____.

_____
Clerk

By _____
Deputy Clerk

ISSUED AND DELIVERED
TO U.S. MARSHAL
6/6/18
BY: [signature]
**DEPUTY CLERK**

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94