**MAGISTRATE'S CRIMINAL MINUTES**

**ARRAIGNMENT**
    **PLEA AND**
        **SENTENCE**



Time in Court: _____ Hrs  **11** Min

Filed in Open Court:   Date: **6/6/18**   Time: **3:10**   Tape: **FTR GOLD**

Magistrate (presiding): **JANET F. KING**      Deputy Clerk: **K. Thornton**

| | |
|---|---|
| Case Number: **1:18-cr-192-ELR** | Defendant's Name: **Matthew Cox** |
| AUSA: **Allison Prout** | Defendant's Attorney: **Allison Dawson** |
| USPO/PTR: **Steven Witherspoon** | Type Counsel: ( ) Retained  ( ) CJA  (X) FPD  ( ) Waived |

_____ ARREST DATE: _____

_____ INTERPRETER: _____

**X**  INITIAL APPEARANCE HEARING. (X) In THIS DISTRICT      Dft in custody? (X) Yes   ( ) No

**X**  Defendant advised of right to counsel.   ( ) WAIVER OF COUNSEL filed.

**X**  ORDER appointing Federal Defender Program as counsel.   ( ) INITIAL APPEARANCE ONLY.

_____ ORDER appointing _____ as counsel.

**X**  ORDER giving defendant  **7 DAYS until 6/13/2018**  days to employ counsel

_____ Dft to pay attorney fees as follows: _____

_____ INFORMATION/COMPLAINT filed.          _____ WAIVER OF INDICTMENT filed.

**X**  Copy indictment/information given to dft? ( ) Yes  ( ) No    Read to dft? ( ) Yes  ( ) No  (X) Prior to Hrg

_____ CONSENT TO TRIAL BEFORE MAGISTRATE (Misd / Petty) offense filed.

**X**  ARRAIGNMENT HELD.( ) **Superseding indictment** / information    ( ) Dft's WAIVER of appearance filed.

_____ Arraignment continued to _____ at _____ Request of ( ) Govt   ( ) Dft

_____ Dft failed to appear for arraignment.   Bench warrant issued

**X**  Dft enters PLEA OF NOT GUILTY.  ( ) Dft stood mute; plea of NOT GUILTY entered.  ( ) Waiver of appearance.

_____ MOTION TO CHANGE PLEA, and order allowing same.

**X**  ASSIGNED TO JUDGE  **E. Ross**  for (X) trial   ( ) arraignment/sentence.

**X**  ASSIGNED TO MAGISTRATE  **J. Larkins, III**  for pretrial proceedings.

**X**  Estimated trial time: _____ days.        (X) SHORT    ( ) MEDIUM    ( ) LONG

_____ PRE-SENTENCE INVESTIGATION filed. Referred to USPO for PSI and continued

until _____ at _____ for sentencing.

| | | |
|---|---|---|
| X | Government MOTION FOR DETENTION filed. Hearing set for | June 11, 2018   at   10:30 a.m. |
| X | Temporary commitment issued.   Dft remanded to custody of US Marshals Service. | |

**BOND/PRETRIAL DETENTION HEARING**

____ BOND / PRETRIAL DETENTION hearing held.

____ Government MOTION FOR DETENTION ( ) GRANTED   ( ) DENIED   ( ) WITHDRAWN

____ WRITTEN ORDER TO FOLLOW.

____ HEARING HELD on motion for reduction / modification of bond.

____ Motion for reduction / modification of Bond   ( ) GRANTED   ( ) DENIED.

____ WRITTEN ORDER TO FOLLOW.

____ BOND SET at _____

____ Non-surety

____ Surety  ( ) Cash   ( ) Property   ( ) Corporate surety ONLY

____ SPECIAL CONDITIONS: _____

_____

_____

_____

____ Bond filed; defendant released.

____ Bond NOT EXECUTED.   Defendant to remain in Marshal's custody.

**WITNESSES:** _____

_____

_____

_____

**SENTENCE:** _____

_____

_____

_____

U.S. Department of Justice
United States Attorney



FILED IN OPEN COURT
U.S.D.C. Atlanta

JUN - 6 2018

James N. Hatten, Clerk
By: Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

## P L E A (With Counsel)

CRIMINAL NO. 1:18-CR-182

I, Matthew Cox, defendant, having received a copy of the within Indictment, and having been arraigned plead Not Guilty thereto to all counts thereof.

In Open Court this 6th th day of June, 2018.

_____     _____
SIGNATURE (Defense Attorney)              SIGNATURE (Defendant)
                                                            Matthew Cox

### INFORMATION BELOW MUST BE TYPED OR PRINTED

Phone: _____          _____

Bar Number: _____          _____

                                                            _____

                                                            Phone: _____

Filed in Open Court by:

_____         _____
(Signature)                                                      Date

Form No. USA-40-19-B
N.D. Ga. 11/8/12