**ORIGINAL**

FILED IN OPEN COURT
U.S.D.C. Atlanta

JUN - 6 2018

James N. Hatten, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | Criminal Action No. |
| v. | 1:18-CR-182 |
| MATTHEW COX | |

### Government's Motion for Detention

The United States of America, by counsel, Byung J. Pak, United States Attorney, and Alison B. Prout, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

1. **Eligibility of Case**

   This case is eligible for a detention order because this case involves:

   A drug offense having a maximum term of imprisonment of 10 years or more;

   A serious risk that the defendant will flee;

   A serious risk that the defendant will obstruct or attempt to obstruct justice.

2. **Reason for Detention**

   The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community.

### 3. Rebuttable Presumption

The United States will invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community pursuant to 18 U.S.C. § 3142(e)(3). The presumption applies because there is probable cause to believe that the defendant committed:

> A drug offense having a maximum term of imprisonment of 10+ year drug offense.

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community pursuant to 18 U.S.C. § 3142(e)(2).

### 4. Time for Detention Hearing

The United States requests the Court conduct the detention hearing at initial appearance.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: June 6, 2018.

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181
(404) 581-6105

Respectfully submitted,

BYUNG J. PAK
United States Attorney

*/s/ Alison B. Prout*

ALISON B. PROUT
Assistant United States Attorney
Ga. Bar No. 141666

## Certificate of Service

I served this document today by handing a copy to defense counsel:

Defense Counsel

June 6, 2018

/s/ ALISON B. PROUT
ALISON B. PROUT
Assistant United States Attorney