# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br> Plaintiff, <br><br> vs. <br><br> MATTHEW COX, <br> Defendant. | CRIMINAL ACTION <br><br> Indictment Number: <br> 1:18-cr-00182-ELR-JKL-1 |

## UNOPPOSED MOTION TO CONTINUE DETENTION HEARING

Pursuant to 18 U.S.C. § 3142(f)(2) (2008), Cox moves the Court to continue the detention hearing, currently set for June 13, 2018 at 2:00pm, to June 20, 2018, a date beyond the five days required by the Code.  To support the joint position that good cause exists for an extended continuance, Cox shows the following:

1.

On June 6, 2018, the United States Marshals arrested Cox pursuant to an arrest warrant. [Doc. 6].  That same day, Cox was arraigned at an initial appearance before the Honorable Janet F. King, during which Cox entered not guilty pleas to counts one through four of indictment 1:18-cr-182.  [Doc. 7]; Fed. R. Crim. P. 5(d).

1

2.

Cox requested additional time to retain counsel, which the Court granted, and the Court entered a preliminary order of detention, [Doc. 11], based on the government's motion for the same. [Doc. 10].

3.

The Court has set a detention hearing for June 13, 2018 at 2:00pm. [Doc. 9].

4.

"The judicial officer shall hold a hearing to determine whether any condition or combination of conditions set forth in subsection (c) of this section will reasonably assure the appearance of such person as required and the safety of any other person and the community . . . ." § 3142(f). While subsection (f) mandates a hearing, subsection (f)(2) addresses the timing in which said hearing must be scheduled. In relevant part, subsection (f)(2) provides:

> The hearing shall be held immediately upon the person's first appearance before the judicial officer unless that person, or the attorney for the Government, seeks a continuance. Except for *good cause*, a continuance on motion of such person may not exceed five days (not including any intermediate Saturday, Sunday, or legal holiday), and a continuance on motion of the attorney for the Government may not exceed three days (not including any intermediate Saturday, Sunday, or legal holiday). Id. (emphasis added).

5.

The parties jointly proffer that good cause exists to continue the detention hearing beyond June 13, 2018 to June 20, 2018. Upon being retained, undersigned

counsels addressed the issues of detention and bond with the government's counsel and the parties are working towards a consent resolution. The parties have reached an agreement in principal on the issue of bond, but additional time is necessary for both parties to investigate information related to multiple conditions. While the parties anticipate that bond will be resolved prior to June 20, 2018, the June 20, 2018 date provides a deadline should a consent resolution not materialize. June 20, 2018 is the appropriate date to reset the hearing because Assistant United States Attorney is out of town on leave until that date.

6.

Cox has been apprised of the circumstances and agrees to waive his statutory right to a detention hearing within five days of his initial appearance. § 3142(f)(2). Cox, however, does *not* waive his objection to the government's motion for detention, should a negotiated consent resolution not materialize. Cox's waiver is expressly limited to timing of the hearing only.

## **CONCLUSION**

For the foregoing reasons, Matthew Cox respectfully requests this Honorable Court to **CONTINUE** his detention hearing to June 20, 2018 for good cause shown.

Respectfully submitted,

| /s/ Lawrence J. Zimmerman | /s/ Matthew K. Winchester |
| --- | --- |
| LAWRENCE J. ZIMMERMAN | MATTHEW K. WINCHESTER |
| Georgia Bar No. 785198 | Georgia Bar No. 399094 |
| Lead counsel for Cox | Co-counsel for Cox |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing pleading, upon the government's counsel using the CM/ECF e-filing system, which automatically sends e-mail notification to opposing counsel, Ms. Allison Prout.

This the 12th day of June, 2018.

| /s/ Lawrence J. Zimmerman | /s/ Matthew K. Winchester |
|---|---|
| LAWRENCE J. ZIMMERMAN | MATTHEW K. WINCHESTER |
| Georgia Bar No. 785198 | Georgia Bar No. 399094 |
| Lead counsel for Cox | Co-counsel for Cox |