AO 442 (12/85) Warrant for Arrest

10599238

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA



UNITED STATES OF AMERICA,

v.

MATTHEW COX,
(Agent to Arrest)

**WARRANT FOR ARREST**

CASE NO. 1:18-CR-00182-ELR

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest MATTHEW COX and bring him forthwith to the nearest magistrate to answer a(n)

■ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Attempt/Conspiracy to Distribute Controlled Substance

in violation of **Title 21, United States Code, Section(s) 963, 952 and 960(a)(1) and (b)(3)**

JAMES N. HATTEN
Name of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

Signature of Issuing Officer

June 6, 2018 at Atlanta, Georgia
Date and Location

**FILED IN CLERK'S OFFICE**
U.S.D.C. Atlanta

Bail Fixed at $_____  JUN 1 3 2018  By:_____
Name of Judicial Officer

**JAMES N. HATTEN, Clerk**
By: Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

ICE

Date Received: 6-6-18

Date of Arrest: 6-6-18

Matt Ballard - ICE
Name and Title of Arresting Officer

by. Thom Benton, USMS N/GA
Signature of Arresting Officer

#71690-019

AO 442 (12/85) Warrant for Arrest

10599238

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA



UNITED STATES OF AMERICA,

v.

MATTHEW COX,
(Agent to Arrest)

**WARRANT FOR ARREST**

CASE NO. 1:18-CR-00182-*ELR*

To:   The United States Marshal
      and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest MATTHEW COX and bring him forthwith to the nearest magistrate to answer a(n)

■ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Attempt/Conspiracy to Distribute Controlled Substance

in violation of **Title 21, United States Code, Section(s) 963, 952 and 960(a)(1) and (b)(3)**

| | |
|---|---|
| JAMES N. HATTEN | Clerk, U.S. District Court |
| Name of Issuing Officer | Title of Issuing Officer |
| [Signature] | June 6, 2018 at Atlanta, Georgia |
| Signature of Issuing Officer | Date and Location |

**FILED IN CLERK'S OFFICE**
U.S.D.C. Atlanta

Bail Fixed at $ _____   JUN 1 3 2018   By: _____
                                                   Name of Judicial Officer

**JAMES N. HATTEN, Clerk**
By: [signature] Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

ICE

Date Received:  5-6-18

Date of Arrest: 6-6-18

L. A. Burgess / TFO
Name and Title of Arresting Officer

[signature]
Signature of Arresting Officer

# 71690-019