June 14, 2018

Honorable Judge Eleanor L Ross
District Judge, United States District Court
1788 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Honorable Judge John K Larkins
Magistrate Judge, United States District Court
1837 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

RE:  **United States v. Matthew Cox**
     **Case No. 1:18-cr-00182-ELR-JKL**

Dear Judges, Courtroom Deputies and Clerks:

As the attorney for the defendant in the above-referenced matter, I am writing to request a Leave of Absence to add the periods as follows:

- **June 25, 2018 through and including June 29, 2018 (Trial Lawyers College);**
- **July 2, 2018 and July 3, 2018 (Trial Lawyers College);**
- **July 5, 2018 and July 6, 2018 (personal);**
- **July 9, 2018 through and including July 13, 2018 (personal);**
- **September 24, 2018 through and including September 28, 2018 (School Fall Break).**

Please let me know if any additional information is required. Thank you for your consideration in this matter.

Respectfully submitted,

*s/Lawrence J. Zimmerman*
Lawrence J. Zimmerman
Attorney for Defendant
SBN: 785198