**MAGISTRATE'S CRIMINAL MINUTES**

**ARRAIGNMENT**
   **PLEA AND**
      **SENTENCE**



|  |  |  |  | Time in Court: ___ Hrs  **11** Min |
|---|---|---|---|---|
| Filed in Open Court: | Date: **6/19/18** | Time: **10:04** | Tape: **FTR GOLD** |  |

Magistrate (presiding): **JANET F. KING**     Deputy Clerk: **K. Thornton**

Case Number: **1:18-cr-182-ELR**        Defendant's Name: **Matthew Cox**
AUSA: **Allison Prout**            Defendant's Attorney: **Lawrence Zimmerman**
USPO/PTR: **Steven Witherspoon**       Type Counsel: (X) Retained  ( ) CJA  ( ) FPD  ( ) Waived

___ ARREST DATE: _____
___ INTERPRETER: _____
___ INITIAL APPEARANCE HEARING.  ( ) In THIS DISTRICT     Dft in custody? ( ) Yes   ( ) No
    Defendant advised of right to counsel.   ( ) WAIVER OF COUNSEL filed.
    ORDER appointing Federal Defender Program as counsel.   ( ) INITIAL APPEARANCE ONLY.
    ORDER appointing _____ as counsel.
    ORDER giving defendant _____ days to employ counsel (cc: served by Mag CRD)
    Dft to pay attorney fees as follows: _____
    INFORMATION/COMPLAINT filed.          ____ WAIVER OF INDICTMENT filed.
    Copy indictment/information given to dft? ( ) Yes   ( ) No    Read to dft? ( ) Yes   ( ) No   (X) Prior to Hrg
    CONSENT TO TRIAL BEFORE MAGISTRATE (Misd / Petty) offense filed.
    ARRAIGNMENT HELD.( ) **Superseding indictment** / information     ( ) Dft's WAIVER of appearance filed.
    Arraignment continued to _____ at _____ Request of ( ) Govt    ( ) Dft
    Dft failed to appear for arraignment.    Bench warrant issued  _____
___ Dft enters PLEA OF NOT GUILTY.  ( ) Dft stood mute; plea of NOT GUILTY entered.  ( ) Waiver of appearance.
___ MOTION TO CHANGE PLEA, and order allowing same.
___ ASSIGNED TO JUDGE _____ for ( ) trial   ( ) arraignment/sentence.
___ ASSIGNED TO MAGISTRATE _____ for pretrial proceedings.
___ Estimated trial time: _____ days.    ( ) SHORT    ( ) MEDIUM    ( ) LONG
___ PRE-SENTENCE INVESTIGATION filed.  Referred to USPO for PSI and continued
    until _____ at _____ for sentencing.

_____  Government MOTION FOR DETENTION filed. Hearing set for _____ at _____

_____  Temporary commitment issued.   Dft remanded to custody of US Marshals Service.

**BOND/PRETRIAL DETENTION HEARING**

_____  BOND / PRETRIAL DETENTION hearing held.

**X**  Government MOTION FOR DETENTION ( ) GRANTED   (**X**) DENIED as moot  ( ) WITHDRAWN

_____  WRITTEN ORDER TO FOLLOW.

_____  HEARING HELD on motion for reduction / modification of bond.

_____  Motion for reduction / modification of Bond   ( ) GRANTED   ( ) DENIED.

_____  WRITTEN ORDER TO FOLLOW.

**X**  BOND SET at   **$20,000.00**

**X**  Non-surety

_____  Surety  ( ) Cash   ( ) Property   ( ) Corporate surety ONLY

_____  SPECIAL CONDITIONS: _____

**X**  Bond filed; defendant released.

_____  Bond NOT EXECUTED.   Defendant to remain in Marshal's custody.

**WITNESSES:** _____

**SENTENCE:** _____