FILED IN CHAMBERS
U.S.D.C. Atlanta

AUG 29 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>MATTHEW STEPHEN COX,<br>Defendant. | : : : : : : : : : : | CRIMINAL ACTION<br><br>Indictment Number:<br>1:18-cr-00182-ELR-JKL-1 |

## CONSENT ORDER MODIFYING BOND CONDITIONS

On June 19, 2018, the Court approved a consent appearance bond, subject to special conditions, in the amount of $20,000.00. [Doc. 24]. The parties now agree to a modification of the bond conditions, which the Court shall enter, as follows:

1.

The government consents to an unsecured appearance bond in the amount of $20,000.00. The general conditions of pre-trial release are incorporated herein. [Doc. 25 at 1-2, ¶ 1, 2, and 3].

2.

Defendant Cox shall no longer be under home confinement. Any prior home confinement condition of the previous bond order is hereby removed.

1

3.

Defendant's residence shall not be subject to any internet or wireless telephone restrictions. The internet and cellular phone restrictions described in paragraphs one, two, and three of the original bond order shall no longer apply.

4.

Defendant Cox is relieved of all ankle and GPS monitoring conditions.

5.

Defendant Cox shall be prohibited from accessing or utilizing any email accounts or messaging applications that have been turned over to the United States Department of Homeland Security.

6.

Defendant Cox shall be prohibited from notifying any person – via social media, telephone, text messaging, or other means – that he is no longer using the applications and accounts described in condition five.

7.

Defendant Cox shall be prohibited from accessing any cryptocurrencies and from making cryptocurrency transactions.

8.

The parties incorporate by reference conditions five, six, and seven of the original bond order. [Doc. 25 at 4-5, ¶ 5, 6, and 7].

9.

Defendant Cox shall be prohibited from contacting any person that is connected to the government's on-going investigation.

Given the parties agreement to the above special conditions, the Court will **GRANT** the consent motion and **MODIFY** the Defendant's bond conditions as stated herein.  All prior bond conditions are superseded by this order unless otherwise stated herein.

IT IS SO ORDERED, this 29th day of August, 2018.

_____
Hon. Janet F. King
United States Magistrate Judge