

**U.S. Department of Justice**
United States Marshals Service
75 Spring Street S.W. Suite 1600
Atlanta, GA 30303

*Michael Yeager*
*U.S. Marshal*

May 10, 2019

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Mr. Matthew Cox
152 ENNISBROOK DR. SE
SMYRNA, GA 30082

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 13 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

SUBJECT:   Voluntary Surrender/Reporting Information
           Reg. No. 71690-019 Case No: 1:18-CR-00182-ELR.

Dear Mr. Cox:

Pursuant to the sentence you received in federal court in the Northern District of Georgia, you are hereby directed to report to the following institution to begin service of your federal sentence.

> INSTITUTION:   **Federal Correctional Facility**
>                **Maxwell Air Force Base**
>                **Montgomery, AL 36112**
>
> TELEPHONE NO.  (334) 293-2100
>
> REPORT DATE:   **Noon, JUNE 11, 2019**

Any further inquiries should be directed to the institution at the telephone number listed above.

Respectfully,

Michael Yeager
United States Marshal

*Ronnie D Virden*
Criminal Section

cc:   Clerk of Court
      Pretrial Services
      U.S. Probation Office